Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-429-189

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:** Pride And Pejudice: Jane Austen

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** December 14, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-428-591

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** Acadia National Park: Lighthouse

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** December 18, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



ACADIA

NATIONAL PARK

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-563**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** Albuquerque, New Mexico

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 18, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-428-998

**Effective Date of Registration:**
December 16, 2024

**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:** New York Minute

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 05, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

---



# NEW YORK

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-191

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title
_____

**Title of Work:** Spain: Familia Sagrada

## Completion/Publication
_____

**Year of Completion:** 2021
**Date of 1st Publication:** July 14, 2021
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions
_____

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____

Page 1 of 2



SPAIN

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-999

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:**   Surf's Up!

## Completion/Publication

**Year of Completion:**   2012
**Date of 1st Publication:**   July 18, 2012
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Anderson Design Group, Inc.
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:**   Grateful Licensing Group LLC.
**Name:**   Matt Appelman
**Email:**   matt@gratefullicensing.com
**Telephone:**   (802)777-1337
**Address:**   P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-570**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title
_____

        **Title of Work:**  Alaska: Whale Watching

## Completion/Publication
_____

        **Year of Completion:**  2016
        **Date of 1st Publication:**  February 26, 2016
        **Nation of 1st Publication:**  United States

## Author
_____

    •
        **Author:**  Anderson Design Group, Inc.
        **Author Created:**  2-D artwork
        **Work made for hire:**  Yes
        **Citizen of:**  United States

## Copyright Claimant
_____

        **Copyright Claimant:**  Anderson Design Group, Inc.
        116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions
_____

        **Organization Name:**  Grateful Licensing Group LLC.
        **Name:**  Matt Appelman
        **Email:**  matt@gratefullicensing.com
        **Telephone:**  (802)777-1337
        **Address:**  P.O. Box 844
        Manchester Center, VT 05255 United States

## Certification
_____



# ALASKA

WITNESS THE WONDER OF WHALE WATCHING

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-569

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title
_____

**Title of Work:** Annapolis, Maryland

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** June 19, 2017
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions
_____

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-429-600

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

**Title of Work:** Bordeaux Wine

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 16, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-429-585

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

**Title of Work:** Congaree National Park: Great Egret

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 06, 2015
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# CONGAREE
## NATIONAL PARK

S. CAROLINA

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-571

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

## Title
_____

      **Title of Work:** Croatia

## Completion/Publication
_____

      **Year of Completion:** 2018
      **Date of 1st Publication:** October 04, 2018
      **Nation of 1st Publication:** United States

## Author
_____

      •   **Author:** Anderson Design Group, Inc.
      **Author Created:** 2-D artwork
      **Work made for hire:** Yes
      **Citizen of:** United States

## Copyright Claimant
_____

      **Copyright Claimant:** Anderson Design Group, Inc.
      116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions
_____

      **Organization Name:** Grateful Licensing Group LLC.
      **Name:** Matt Appelman
      **Email:** matt@gratefullicensing.com
      **Telephone:** (802)777-1337
      **Address:** P.O. Box 844
      Manchester Center, VT 05255 United States

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-428-579

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

        **Title of Work:**  Hooked On Fishing

## Completion/Publication

        **Year of Completion:**  2015
        **Date of 1st Publication:**  July 24, 2015
        **Nation of 1st Publication:**  United States

## Author

    •    **Author:**  Anderson Design Group, Inc.
        **Author Created:**  2-D artwork
        **Work made for hire:**  Yes
        **Citizen of:**  United States

## Copyright Claimant

        **Copyright Claimant:**  Anderson Design Group, Inc.
        116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

        **Organization Name:**  Grateful Licensing Group LLC.
        **Name:**  Matt Appelman
        **Email:**  matt@gratefullicensing.com
        **Telephone:**  (802)777-1337
        **Address:**  P.O. Box 844
        Manchester Center, VT 05255 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-429-190

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title
_____

**Title of Work:** Rocky Mountain National Park: Moose In The Morning-KC

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** June 08, 2016
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions
_____

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____



# ROCKY MOUNTAIN
## NATIONAL PARK

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-114

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

## Title
_____

Title of Work: Wine O'Clock

## Completion/Publication
_____

Year of Completion: 2015
Date of 1st Publication: August 04, 2015
Nation of 1st Publication: United States

## Author
_____

- Author: Anderson Design Group, Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions
_____

Organization Name: Grateful Licensing Group LLC.
Name: Matt Appelman
Email: matt@gratefullicensing.com
Telephone: (802)777-1337
Address: P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-609

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** Anchor Pattern Print

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 23, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-598

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 24, 2025

## Title
 

**Title of Work:** Australia: Melbourne Tram Car

## Completion/Publication
 

**Year of Completion:** 2013
**Date of 1st Publication:** January 29, 2013
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
 

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions
 

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
 



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-596

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 24, 2025

## Title
_____

**Title of Work:** Canada: Vancouver

## Completion/Publication
_____

**Year of Completion:** 2013
**Date of 1st Publication:** February 20, 2013
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions
_____

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-428-572

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** Early Bird Coffee

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** February 14, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-429-590

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

**Title of Work:** Capitol Reef National Park: Fruita Barn

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 23, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# CAPITOL REEF

## NATIONAL PARK



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-429-188

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

---

## Title

**Title of Work:** Zion National Park: Virgin River Valley

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** February 25, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

